# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2060 Disciplinary Docket No. 3 |
| | : | |
| NIKIA WAY KHAN, A/K/A NIKIA L. WAY, A/K/A NIKIA LYNNE WAY | : | Board File No. C1-14-290 |
| | : | |
| | : | (Supreme Court of New York, Appellate |
| | : | Division, First Judicial Department, No. |
| | : | M-2120) |
| | : | |
| | : | Attorney Registration No. 90321 |

## O R D E R

**PER CURIAM:**

AND NOW, this 6th day of August, 2014, Nikia Way Khan, a/k/a Nikia L. Way, a/k/a Nikia Lynne Way, having been disbarred from the practice of law in the State of New York by Order of the Supreme Court of New York, Appellate Division, First Judicial Department, filed June 27, 2013; the said Nikia Way Khan, a/k/a Nikia L. Way, a/k/a Nikia Lynne Way, having been directed on June 2, 2014, to inform this Court of any claim she has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Nikia Way Khan, a/k/a Nikia L. Way, a/k/a Nikia Lynne Way, is disbarred from the practice of law in this Commonwealth and she shall comply with all the provisions of Rule 217, Pa.R.D.E.